# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Case No. 14-01169-tjc11 |
| | ) | |
| **JODY L. KEENER** | ) | Chapter 11 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Thad J. Collins |
| | ) | |
| PO Box | ) | **DEBTOR'S MOTION FOR** |
| Cedar Rapids, IA | ) | **CONDITIONAL APPROVAL OF THE** |
| | ) | **DISCLOSURE STATEMENT AND TO** |
| SSN: xxx-xx-8343 | ) | **COMBINE HEARINGS ON FINAL** |
| | ) | **APPROVAL OF THE DISCLOSURE** |
| | ) | **STATEMENT AND CONFIRMATION** |
| | ) | **OF THE PROPOSED PLAN OF** |
| | ) | **REORGANIZATION** |
| | ) | |
| | ) | No Hearing Set |

Jody L. Keener ("Keener" or "Debtor"), the Debtor and Debtor in Possession herein, by and through his proposed General Reorganization Counsel, Jeffrey D. Goetz, Esq., of the law firm of Bradshaw, Fowler, Proctor & Fairgrave, P.C., respectfully submits the instant Motion for Conditional Approval of the Disclosure Statement and to Combine Hearings on Final Approval of the Disclosure Statement and Confirmation of the Proposed Plan of Reorganization, and would show this Honorable Court as follows:

1.  The Debtor filed his Petition for relief under Chapter 11 on July 28, 2014 ("Petition Date") (Docket Item 1). Notwithstanding that the Debtor's Petition did not designate the Bankruptcy Case as a Small Business Case pursuant to Bankruptcy Code Section 101(51D), the Debtor would argue that notwithstanding the amount his debt, the Court should consider his case ripe for treatment under Bankruptcy Code Section 1125(f)(3).

2.  Pursuant to Bankruptcy Code Section 1125(f)(3)(A), the Court may conditionally approve a disclosure statement subject to final approval after notice and a hearing. Bankruptcy

Code Section 1125(f)(3)(C) provides that the hearing on the disclosure statement may be combined with the hearing on the confirmation of a plan. Additionally, Bankruptcy Code Section 105(d)(2)(B)(iv) provides "that the hearing on approval of the disclosure statement may be combined with the hearing on confirmation of the plan."

3. Contemporaneously with the filing of this Motion on the Petition Date, the Debtor filed his proposed Combined Disclosure Statement and Plan of Reorganization Dated July 28, 2014 (Docket Item 6).

4. The Debtor asserts that conditional approval of his Disclosure Statement and the combination of the hearings on final approval of the Disclosure Statement and Confirmation of the Plan are appropriate and in the best interest of creditors and parties in interest in the Bankruptcy Case.

5. The Disclosure Statement and Plan are the products of substantial work. The Debtor is informed and believes that he has prepared a thorough Disclosure Statement; in addition, the Debtor is willing to provide such other information as may be reasonably requested by a creditor or party in interest relating to the Plan.

6. The Debtor would assert that conditional approval of the Disclosure Statement and the combination of the hearings on final approval of the Disclosure Statement and confirmation of the Plan will serve to shorten the confirmation process and accelerate the timetable for commencement of payments to creditors under the Plan. Moreover, the combination of the hearings will reduce the administrative expenses of the estate.

Therefore, the Debtor respectfully requests the Court enter an order:

A) Granting the Debtor's motion;

B) Conditionally approve the Disclosure Statement;

   C)  Combine the hearing on final approval of the Disclosure Statement and confirmation of the Plan; and

   D)  For such other and further relief as the court may find just and equitable under the circumstances.

                Respectfully submitted,

Dated: 7/28/2014         /s/  Jeffrey D. Goetz
                Jeffrey D. Goetz, Esq., IS# 9999366
                Bradshaw Fowler Proctor & Fairgrave, PC
                801 Grand Avenue, Suite 3700
                Des Moines, IA  50309-8004
                515/246-5817
                515/246-5808 FAX
                goetz.jeffrey@bradshawlaw.com

                Proposed General Reorganization Counsel for
                Jody L. Keener, Debtor and Debtor in Possession

CERTIFICATE OF SERVICE:  This document was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing. /s/      Barb Warner

3